**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Evaristo Beltran RODRIGUEZ,
Defendant–Appellant.**

**No. 04–20724.**

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 6, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

F. Clinton Broden, Broden & Mickelsen, Dallas, TX, for Defendant–Appellant.

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Evaristo Beltran Rodriguez has filed a motion to withdraw and briefs pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has filed a response. Our independent review of the briefs and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.